# RESPONSE EXHIBIT C

STATE OF WEST VIRGINIA

At a Regular Term of the Supreme Court of Appeals continued and held at Charleston, Kanawha County, on the 17th of May 2012, the following order was made and entered:

Lawyer Disciplinary Board, Petitioner

vs.) No. 11-0812

Barry J. Nace, member of The West Virginia State Bar, Respondent



MAY 24 2012

On a former day, to-wit, April 25, 2012, came the respondent, Barry J. Nace, by J. Michael Benninger, Benninger Law, PLLC, his attorney, and presented to the court notice that the respondent filed a removal action in the United States District Court for the Northern District of West Virginia pursuant to 28 U.S.C. §1442(a)(3).

It is therefore ordered that the above-captioned matter be, and it hereby is, stayed at this time.

It is further ordered that every six months during the pendency of the stay, counsel of record must file a continuing status report with the Clerk of this Court stating whether the case pending in this Court is ripe for dismissal or lifting of the stay.

A True Copy

Attest: /s/ Rory L. Perry II, Clerk of Court

