# RESPONSE EXHIBIT F

MCNEER, HIGHLAND, MCMUNN AND VARNER, L.C.

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

FILE COPY



MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
MICHAEL J. NOVOTNY***
TIMOTHY D. HELMAN

CLARKSBURG OFFICE
ONE VALLEY BANK BUILDING
PO DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE: (304) 526-1100
FACSIMILE: (304) 623-3035

C. DAVID MCMUNN
J. CECIL JARVIS
JAMES A. VARNER*
JAMES N. RILEY
DENNIS M. SHREVE
GRALDINE S. ROBERTS
JUDY L. SHANHOLTZ****
TIFFANY R. DURST
MICHAEL D. CRIM****
HEATHER MCVICKER THAYER
DEBRA T. HERRON
REBECCA A. DONNELLAN
SAM H. HARROLD, III
LINDA HAUSMAN
STACY L. MONDAY

*ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
** ALSO ADMITTED TO PRACTICE IN OHIO
*** ALSO ADMITTED TO PRACTICE IN MARYLAND
**** CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
***** ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE**

KINGWOOD OFFICE
107 WEST COURT STREET
PO BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
LISA HARTLEY
REBECCA L. ERITANO

OF COUNSEL
JAMES E. MCNEER
CECIL B. HIGHLAND, JR
(1918-2002)
WILLIAM L. FURY
CATHERINE D. MUNSTER

SENIOR LEGAL ASSISTANTS
MILDRED L. KENNEDY
DIANA L. BEDELL

January 11, 2005

Michael D. Burke, Esquire
Burke, Schultz, Harman & Jenkinson
85 Aikens Center
Edwin Miller Blvd.
Martinsburg, WV 25401

Re:     Barbara Ann Miller, Debtor
        Bankruptcy Case No.: 04-03365

        Asset: Medical Malpractice Claim

Dear Mr. Burke :

        Please be advised that the undersigned is the Chapter 7 Trustee appointed by the United
States Bankruptcy Court for the Northern District of West Virginia to administer the Bankruptcy
Estate of Barbara Ann Miller, referenced as Bankruptcy Case No.: 04-03365.

        At the Section 341 Meeting of the Debtor, she testified that you are handling a medical
malpractice claim on her behalf. I have enclosed herewith an Authorization executed by the Debtor
to allow you to provide information and documentation to me in relation to this claim.

January 11, 2005
Michael D. Burke, Esquire

Page - 2

_____

        In order to make a prompt determination as to the Estate's interest in this claim, I respectfully request that you provide to me a written status report concerning the status of negotiations, if any, or if any scheduling deadlines have been set.  Further, please advise me of  your valuation as to the potential recovery which the Debtor may expect to receive as a result of this medical malpractice claim and whether this case is being handled by your office on a contingent or hourly basis.

        Please provide me with this information and documentation within ten (10) days from the date of this letter.  Once I have had an opportunity to review the same, I will advise you whether I intend to administer this claim as part of this Bankruptcy Estate or abandon my interest in the same.

        Should you have any questions or require any additional information, please do not hesitate to contact me at the Martinsburg telephone number listed above.

                                        Very truly yours,

                                        Robert W. Trumble, Trustee

/kf
Enclosure(s)


xc:     William A. O'Brien, Esquire

0010



# BURKE • SCHULTZ
# HARMAN & JENKINSON
### ATTORNEYS AT LAW

**D. Michael Burke**
**Lawrence M. Schultz**
**Ronald M. Harman**
Licensed in WV, MD & D.C.
**Mark Jenkinson**
Licensed in WV & MD

*Of Counsel*
**Barry J. Nace**
Licensed in D.C, MD, PA & WV

85 Aikens Center (Edwin Miller Blvd.) • P.O. Box 1938 • Martinsburg, WV 25402
**304.263.0900 • www.burkeandschultz.com • fax 304.267.0469**

January 25, 2005

Robert W. Trumble, Esquire
McNeer, Highland, McMunn and Varner, L.C.
275 Aikens Center
P.O. Box 2509
Martinsburg, WV 25402-8623

Re: Barbara Ann Miller, Debtor
     Bankruptcy Case No.: 04-03365

Dear Mr. Trumble:

The potential claim of Barbara Miller is being reviewed by Barry J. Nace, my co-counsel who is from Washington, D.C.

Until the medical review is done, it will be impossible to evaluate her case or even the likelihood of recovery.

Medical Malpractice cases do not settle with the same frequency that automobile accidents and other types of torts do. They are always very difficult cases, are hotly contested and result in trial more frequently that in settlement.

I wish I could give you a more accurate picture of Ms. Miller's case, but unfortunately I am unable to do so.

If you need any additional information, please do not hesitate to contact me.

Sincerely,

D. Michael Burke

DMB/dfw
cc: William O'Brien, Esquire

0011

**FILE COPY**

McNeer, Highland, McMunn and Varner, L.C.
275 Aikens Center
P. O. Box 2509
Martinsburg, WV 25402-2509
Telephone (304) 264-4621
Facsimile (304) 264-8623

Martinsburg Attorneys
Robert W. Trumble
Michael J. Novotny***
Timothy D. Helman

Clarksburg Office
One Valley Bank Building
PO Drawer 2040
Clarksburg, WV 26302-2040
Telephone: (304) 626-1100
Facsimile: (304) 623-3035

C. David McMunn
J. Cecil Jarvis
James A. Varner*
James N. Riley
Dennis M. Shreve
Geraldine S. Roberts
Judy L. Shanholtz****
Tiffany R. Durst
Michael D. Crim****
Heather McVicker Thayer
Debra T. Herron
Rebecca A. Donnellan
Sam H. Harrold, III
Linda Hausman
Stacy L. Monday

Parkersburg Office
404 Market Street, Suite 204
P. O. Box 1507
Parkersburg, WV 26102
Telephone (304) 422-7193
Facsimile (304) 422-7196

Steven R. Bratke**

Kingwood Office
107 West Court Street
PO Box 585
Kingwood, WV 26537
Telephone (304) 329-0773
Facsimile (304) 329-0595

James T. Dailey, Jr.
Lisa Hartley
Rebecca L. Eritano

Of Counsel
James E. McNeer
Cecil B. Highland, Jr
(1918-2002)
William L. Fury
Catherine D. Munster

Senior Legal Assistants
Mildred L. Kennedy
Diana L. Bedell

*Also Admitted to Practice in Pennsylvania
** Also Admitted to Practice in Ohio
*** Also Admitted to Practice in Maryland
**** Certified Public Accountant in West Virginia
**** Also Admitted to Practice in North Carolina



January 27, 2005

Barry J. Nace, Esquire
Paulson & Nace
1814 N. Street NW
Washington, DC 20036

          Re:    Barbara Ann Miller, Debtor
                  Bankruptcy Case No.: 04-03365

Dear Mr. Nace:

      Enclosed please find a copy of an Application to Employ Special Counsel, Order and an original Affidavit with regard to your appointment as special counsel in the referenced matter. I request that you review the enclosed documentation and if the same meets with your approval, please sign the Affidavit in the presence of a Notary Public and return it to me along with a copy of your Contingency Fee Agreement. Upon receipt of the same, I will transmit the documentation to the Bankruptcy Court for approval.

      Should you have any questions or require any additional information, please do not hesitate to contact me.

                    Very truly yours,

                    Kristi M. Hook, CLA
                    to Robert W. Trumble, Trustee

mh
Enclosures

0012

MCNEER, HIGHLAND, McMUNN AND VARNER, L.C.
275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
MICHAEL J. NOVOTNY***
TIMOTHY D. HELMAN

CLARKSBURG OFFICE
ONE VALLEY BANK BUILDING
PO DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE: (304) 626-1100
FACSIMILE: (304) 623-3035

C. DAVID McMUNN
J. CECIL JARVIS
JAMES A. VARNER*
JAMES N. RILEY
DENNIS M. SHREVE
GRALOINE S. ROBERTS
JUDY L. SHANHOLTZ****
TIFFANY R. DURST
MICHAEL D. CRIM****
HEATHER McVICKER THAYER
DEBRA T. HERRON
REBECCA A. DONNELLAN
SAM H. HARROLD, III
LINDA HAUSMAN
STACY L. MONDAY

*ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
** ALSO ADMITTED TO PRACTICE IN OHIO
*** ALSO ADMITTED TO PRACTICE IN MARYLAND
**** CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
***** ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKIE**

KINGWOOD OFFICE
107 WEST COURT STREET
PO BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
LISA HARTLEY
REBECCA L. ERITANO

OF COUNSEL
JAMES E. McNEER
CECIL B. HIGHLAND, JR
(1918-2002)
WILLIAM L. FURY
CATHERINE D. MUNSTER

SENIOR LEGAL ASSISTANTS
MILDRED L. KENNEDY
DIANA L. BEDELL



January 27, 2005

D. Michael Burke, Esquire
Burke, Schultz Harman & Jenkinson
85 Aikens Center
Martinsburg, WV 25401

Re:   Barbara Ann Miller, Debtor
      Bankruptcy Case No.: 04-03365

Dear Mr. Burke:

Enclosed please find a copy of an Application to Employ Special Counsel, Order and an original Affidavit with regard to your appointment as special counsel in the referenced matter. I request that you review the enclosed documentation and if the same meets with your approval, please sign the Affidavit in the presence of a Notary Public and return it to me along with a copy of your Contingency Fee Agreement. Upon receipt of the same, I will transmit the documentation to the Bankruptcy Court for approval.

Should you have any questions or require any additional information, please do not hesitate to contact me.

Very truly yours,

Kristi M. Hook, CLA
to Robert W. Trumble, Trustee

mh
Enclosures

0013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

BANKRUPTCY CASE NO. 04-03365

Miller, Barbara Ann

DEBTOR.
_____/

## TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW the Trustee, Robert W. Trumble, and makes application to this Court to employ D. Michael Burke, Esquire of the law firm of Burke, Schultz, Harman and Jenkinson, and Barry J. Nace, Esquire of the law firm of Paulson & Nace, and in support thereof respectfully represents:

1.      That on or about the 27th day of September, 2004, the Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code and the undersigned was subsequently appointed Interim Trustee.

2.      The undersigned Trustee deems it necessary and in the best interest of this estate to employ D. Michael Burke, Esquire, and Barry J. Nace, Esquire as Trustee's legal counsel to pursue the Debtor's personal injury claim as a result of a vehicular accident, under a contingency fee arrangement with the same terms and conditions as originally entered into by the party herein and as more fully set forth in the contingency fee contract attached hereto as Exhibit "A" and incorporated herein by reference.

3.      D. Michael Burke, Esquire, is an attorney with the law firm of Burke, Schultz, Harman & Jenkinson, located at 85 Aikens Center, Martinsburg, WV 25401; Barry J. Nace, Esquire is an attorney with the law firm of Paulson & Nace, located at 1814 N. Street NW,

Washington, DC 20036, and are most knowledgeable of the Debtor's claim and are well qualified to act as special counsel herein.

4.     D. Michael Burke, Esquire, and Barry J. Nace, Esquire represent no interest adverse to the Estate of the Debtor herein.

5.     To the best of Applicant's knowledge, D. Michael Burke, Esquire, and Barry J. Nace, Esquire have had no connection with any creditors, or any other parties in interest or their respective attorneys adverse to this estate.

6.     This application is not made at the recommendation of any party and is made solely at the instance of Applicant.

7.     No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, Applicant respectfully prays that D. Michael Burke, Esquire, and Barry J. Nace, Esquire, be approved as special counsel for the Trustee herein, under a contingency fee agreement.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail, postage prepaid, to William A. O'Brien, Esquire, 201 East John Street, Martinsburg, WV 25402; to D. Michael Burke, Esquire, Burke, Schultz, Harman & Jenkinson, 85 Aikens Center, Martinsburg, WV 25401; to Barry J. Nace, Esquire, Paulson & Nace, 1814 N. Street NW, Washington, DC 20036 and electronically mailed to the Office of the U.S. Trustee at ustpregion04.ct.ecf at usdoj.gov this 27th day of January, 2005.

> /s/ Robert W. Trumble
> Robert W. Trumble, Trustee
> 275 Aikens Center
> Post Office Box 2509
> Martinsburg, WV 25402-2509
> Telephone: (304) 264-4621

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

                                                  CASE NO. 04-03365

Miller, Barbara Ann

        DEBTOR.

_____/

## AFFIDAVIT

STATE OF _____:
COUNTY OF _____:

       I, Barry J. Nace, Esquire, declare:

       1.      That I am an attorney with the law firm of Paulson & Nace located at 1814 N. Street NW, Washington, DC 20036.

       2.      That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the Bankruptcy Estate.

       3.      That I am willing to accept employment by the Trustee on the basis set forth in the Application to Employ filed simultaneously herewith.

       4.      That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which it is to be employed and the practitioners thereof are disinterested persons within the meaning of 11 U.S.C. §101(14).

       I declare under penalty of perjury that the foregoing is true and correct.

       FURTHER AFFIANT SAITH NAUGHT.

                                    _____
                                     Barry J. Nace, Esquire

SWORN TO AND SUBSCRIBED
before me this _____
day of _____, 2005.

_____
Notary Public
My Commission Expires:

**0017**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

                                                       CASE NO. 04-03365

Miller, Barbara Ann

        DEBTOR.

_____/

## AFFIDAVIT

STATE OF WEST VIRGINIA:
COUNTY OF _____:

    I, D. Michael Burke, Esquire, declare:

    1.    That I am an attorney with the law firm of Burke, Schultz, Harman & Jenkinson located at 85 Aikens Center, Martinsburg, WV 25402.

    2.    That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the Bankruptcy Estate.

    3.    That I am willing to accept employment by the Trustee on the basis set forth in the Application to Employ filed simultaneously herewith.

    4.    That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which it is to be employed and the practitioners thereof are disinterested persons within the meaning of 11 U.S.C. §101(14).

    I declare under penalty of perjury that the foregoing is true and correct.

    FURTHER AFFIANT SAITH NAUGHT.


                                      _____
                                      D. Michael Burke, Esquire

SWORN TO AND SUBSCRIBED
before me this _____
day of _____, 2005.


_____
Notary Public
My Commission Expires:

**0016**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

Miller, Barbara Ann

CASE NO. 04-03365

DEBTOR.

_____/

### ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

Upon the annexed application of Robert W. Trumble, Trustee of the estate of the above-named Debtor, Barbara Ann Miller, for authority to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace to serve as special counsel for the Trustee on a contingency basis in connection with the pursuit of the Debtor's personal injury claim, and it appearing that no notice need be given, no adverse interest having been represented and, the Court being satisfied that said law firm represents no interest adverse to the Trustee of the Estate of the Debtor in the matters affecting the administration of this Estate, that such employment is necessary and would be in the best interest of the Estate herein, and that the case is one justifying special counsel, it is

ORDERED, that said Trustee be, and hereby is, authorized and empowered to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace as special counsel to represent the Trustee on a contingency basis.

### [END OF DOCUMENT]

0018



# BURKE • SCHULTZ
# HARMAN & JENKINSON
### ATTORNEYS AT LAW

**D. Michael Burke**
**Lawrence M. Schultz**
**Ronald M. Harman**
Licensed in WV, MD & D.C.
**Mark Jenkinson**
Licensed in WV & MD

*Of Counsel*
**Barry J. Nace**
Licensed in D.C., MD, PA & WV

85 Aikens Center (Edwin Miller Blvd.) • P.O. Box 1938 • Martinsburg, WV 25402
304.263.0900 • www.burkeandschultz.com • fax 304.267.0469

February 2, 2005

Robert W. Trumble, Esquire
McNeer Highland McMunn and Varner, L.C.
P.O. Box 2509
Martinsburg, WV 25402

Re:   **Barbara Ann Miller, Debtor**
        **Bankruptcy Case No.: 04-03365**

Dear Mr. Trumble:

Please find enclosed the completed Affidavit and a copy of my contract with Ms. Miller.

Sincerely,

D. Michael Burke

DMB/dfw

Enclosure: as stated

0019

# PAULSON & NACE
### ATTORNEYS AT LAW

Richard S. Paulson (1929-1986)

Barry J. Nace Cht., P.C. (DC, MD, PA, WV)*
*CERTIFIED IN CIVIL TRIAL ADVOCACY
BY THE NATIONAL BOARD OF TRIAL ADVOCACY

1814 N Street, NW
Washington, DC 20036-2404
Phone (202) 463-1999
Fax (202) 223-6824
E-mail p&n@lawtort.com
www.paulsonandnace.com

**Maryland Office**
31 Wood Lane
Rockville, MD 20850-2228
Phone (202) 463-1999

**West Virginia Office**
1444 Edwin Miller Boulevard
P.O. Box 1938
Martinsburg, WV 25402
Phone (888) 529-2628

February 24, 2005

Robert W. Trumble
McNeer, Highland, McMunn & Varner, LC
275 Aikens Center
P.O. Box 2509
Martinsburg, WV 25402-2509

    RE: Miller, Barbara A.

Dear Mr. Trumble:

    Enclosed please find the signed Affidavit in the above captioned matter.

    I understand that Mr. Burke has already sent his Affidavit to you.

    I would ask you to also note that I am a member of the West Virginia bar. Also, please note that as of March 5, 2005 my office address will be changed to the following "1615 New Hampshire Avenue, NW, Washington DC, 20009."

            Very truly yours,

            Barry J. Nace

BJN:nc
S:\Case Files\Miller, Paul\Correspondence\Trumble 02.22.05.doc

0020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

BANKRUPTCY CASE NO. 04-03365

Miller, Barbara Ann

DEBTOR.

_____/

<u>TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL</u>

COMES NOW the Trustee, Robert W. Trumble, and makes application to this Court to

employ D. Michael Burke, Esquire of the law firm of Burke, Schultz, Harman and Jenkinson, and

Barry J. Nace, Esquire of the law firm of Paulson & Nace, and in support thereof respectfully

represents:

1.      That on or about the 27th day of September, 2004, the Debtor filed for relief under

Chapter 7 of the United States Bankruptcy Code and the undersigned was subsequently appointed

Interim Trustee.

2.      The undersigned Trustee deems it necessary and in the best interest of this estate

to employ D. Michael Burke, Esquire, and Barry J. Nace, Esquire as Trustee's legal counsel to

pursue the Debtor's personal injury claim as a result of a vehicular accident, under a contingency

fee arrangement with the same terms and conditions as originally entered into by the party herein

and as more fully set forth in the contingency fee contract attached hereto as Exhibit "A" and

incorporated herein by reference.

3.      D. Michael Burke, Esquire, is an attorney with the law firm of Burke, Schultz,

Harman & Jenkinson, located at 85 Aikens Center, Martinsburg, WV  25401; Barry J. Nace,

Esquire is an attorney with the law firm of Paulson & Nace, located at 1814 N. Street NW,

Washington, DC 20036, and are most knowledgeable of the Debtor's claim and are well qualified to act as special counsel herein.

4.     D. Michael Burke, Esquire, and Barry J. Nace, Esquire represent no interest adverse to the Estate of the Debtor herein.

5.     To the best of Applicant's knowledge, D. Michael Burke, Esquire, and Barry J. Nace, Esquire have had no connection with any creditors, or any other parties in interest or their respective attorneys adverse to this estate.

6.     This application is not made at the recommendation of any party and is made solely at the instance of Applicant.

7.     No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, Applicant respectfully prays that D. Michael Burke, Esquire, and Barry J. Nace, Esquire, be approved as special counsel for the Trustee herein, under a contingency fee agreement.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail, postage prepaid, to William A. O'Brien, Esquire, 201 East John Street, Martinsburg, WV 25402; to D. Michael Burke, Esquire, Burke, Schultz, Harman & Jenkinson, 85 Aikens Center, Martinsburg, WV 25401; to Barry J. Nace, Esquire, Paulson & Nace,1814 N. Street NW, Washington, DC 20036 and electronically mailed to the Office of the U.S. Trustee at ustpregion04.ct.ecf at usdoj.gov this 2nd day of March, 2005.

/s/ Robert W. Trumble
Robert W. Trumble, Trustee
275 Aikens Center
Post Office Box 2509
Martinsburg, WV 25402-2509
Telephone: (304) 264-4621

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

Miller, Barbara Ann

     DEBTOR.

CASE NO. 04-03365

## AFFIDAVIT

STATE OF *District of*
COUNTY OF *Columbia*

I, Barry J. Nace, Esquire, declare:

1.    That I am an attorney with the law firm of Paulson & Nace located at 1814 N. Street NW, Washington, DC 20036.

2.    That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the Bankruptcy Estate.

3.    That I am willing to accept employment by the Trustee on the basis set forth in the Application to Employ filed simultaneously herewith.

4.    That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which it is to be employed and the practitioners thereof are disinterested persons within the meaning of 11 U.S.C. §101(14).

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

_____
Barry J. Nace, Esquire

SWORN TO AND SUBSCRIBED
before me this _____
day of _February_, 2005.

_____
Notary Public
My Commission Expires:

RHONDA OLEAN GUEORY
Notary Public, District of Columbia
My Commission Expires May 31, 2006

Case 3:04-bk-03365   Doc 10   Filed 03/03/05   Entered 03/03/05 14:10:05   Desc Main
Document   Page 3 of 5

0023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

CASE NO. 04-03365

Miller, Barbara Ann

    DEBTOR.

               /

### AFFIDAVIT

STATE OF WEST VIRGINIA:
COUNTY OF _Berkeley_    :

I, D. Michael Burke, Esquire, declare:

1.     That I am an attorney with the law firm of Burke, Schultz, Harman & Jenkinson located at 85 Aikens Center, Martinsburg, WV 25402.

2.     That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the Bankruptcy Estate.

3.     That I am willing to accept employment by the Trustee on the basis set forth in the Application to Employ filed simultaneously herewith.

4.     That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which it is to be employed and the practitioners thereof are disinterested persons within the meaning of 11 U.S.C. §101(14).

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

                                                     
D. Michael Burke, Esquire

SWORN TO AND SUBSCRIBED
before me this _1_
day of _February_ , 2005.

_Donna F. Weatherholtz_
Notary Public
My Commission Expires: _2/10/10_

```
                        Official Seal
        Notary Public, State of West Virginia
                  Donna F. Weatherholtz
                 72 Buglers Way, Apt. #6
                   Falling Waters, WV 25419
               My commission expires 2-10-10
```

## CONTRACT OF EMPLOYMENT AND AUTHORITY TO REPRESENT

I, _Barbara Miller, adminx of the Estate of Paul D. Miller_ do hereby retain and employ D. Michael Burke as my attorney to represent me in my claim against _Dr. Carrier_ or whoever is liable for my injuries or damages resulting from an accident or incident which occurred on or about _3-19-03_, at _CHI in Martinsburg_

As compensation for his services, I hereby agree to pay D. Michael Burke from the proceeds of recovery the following fee:

_____   Thirty-three and one-third percent (33-1/3%) if the case is resolved at any time prior to trial, and forty percent (40%) of all sums collected if the case results in trial. (Negligence cases)

✓   Forty percent (40%) of all sums collected (Medical Malpractice cases and Product Liability cases).

It is understood and agreed that this employment is upon a contingent basis and if no recovery is made I will not be indebted to any attorney for any sum whatsoever for the attorney's fee as long as this contract is in effect. I also understand that I am responsible for out-of-pocket expenses incurred by my attorney in the prosecution of my claim and I authorize my attorney to deduct from the proceeds of my recovery the out-of-pocket expenses he has incurred.

My attorney is authorized to deduct from the proceeds of any recovery the amount of any unpaid medical or hospital expenses incurred as a result of the claim in question and remit the same directly to the hospital and/or doctors involved.

Dated at Martinsburg, West Virginia, on this the _5th_ day of _Feb_ 20_04_.

_Barbara A. Miller_
NAME

The above employment is hereby accepted on the terms stated herein.

_D. Michael Burke_
D. Michael Burke

Order Entered

L. Edward Friend, II
United States Bankruptcy Judge
Dated: Friday, March 04, 2005 11:02:39 AM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

Miller, Barbara Ann

    DEBTOR.

CASE NO. 04-03365

## ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

Upon the annexed application of Robert W. Trumble, Trustee of the estate of the above-named Debtor, Barbara Ann Miller, for authority to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace to serve as special counsel for the Trustee on a contingency basis in connection with the pursuit of the Debtor's personal injury claim, and it appearing that no notice need be given, no adverse interest having been represented and, the Court being satisfied that said law firm represents no interest adverse to the Trustee of the Estate of the Debtor in the matters affecting the administration of this Estate, that such employment is necessary and would be in the best interest of the Estate herein, and that the case is one justifying special counsel, it is

ORDERED, that said Trustee be, and hereby is, authorized and empowered to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace as special counsel to represent the Trustee on a contingency basis.

### [END OF DOCUMENT]

0026

# McNEER, HIGHLAND, McMUNN AND VARNER, L.C.

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
MICHAEL J. NOVOTNY***
TIMOTHY D. HELMAN

CLARKSBURG OFFICE
BB&T BANK BUILDING
P.O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE: (304) 625-1100
FACSIMILE: (304) 623-3035

C. DAVID McMUNN
J. CECIL JARVIS
JAMES A. VARNER*
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
JUDY L. SHANHOLTZ****
TIFFANY R. DURST
MICHAEL D. CRIM*****
HEATHER D. McVICKER THAYER
DEBRA HERRON
REBECCA DONNELAN
SAM H. HARROLD, III
LINDA HAUSMAN
STACY MONDAY
DANA N. BONNELL
ANDREW N. FRYE, III

*ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
** ALSO ADMITTED TO PRACTICE IN OHIO
*** ALSO ADMITTED TO PRACTICE IN MARYLAND
**** CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
***** ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE**
HEATHER STARCHER

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
LISA HARTLEY

OF COUNSEL
JAMES E. McNEER
CECIL B. HIGHLAND, JR.
(1918 - 2002)
WILLIAM L. FURY
CATHERINE D. MUNSTER

SENIOR LEGAL ASSISTANTS
MILDRED L. KENNEDY
DIANA L. BEDELL

**FILE COPY**

May 18, 2005

D. Michael Burke, Esquire
Burke Schultz Harman & Jenkinson
85 Aikens Center
P.O. Box 1938
Martinsburg, WV 25402

Re:   Barbara Miller, Debtor(s)
Bankruptcy Case No.: 04-3365

Dear Mr. Burke:

Please provide to me a written report concerning the status of the Debtor(s) medical malpractice claim which is an asset of this Bankruptcy Estate. To facilitate the Trustee's reporting requirements, I respectfully request that said report be provided to me on or before June 15, 2005.

Thank you for your prompt attention to this matter, I am

Very truly yours,

Kristi M. Hook, CLA
to Robert W. Trumble, Trustee

/kmh/klt
Enclosure(s)

0027

# BURKE • SCHULTZ
# HARMAN & JENKINSON
### ATTORNEYS AT LAW

**D. Michael Burke**
**Lawrence M. Schultz**
**Ronald M. Harman**
Licensed in WV, MD & D.C.
**Mark Jenkinson**
Licensed in WV & MD

*Of Counsel*
**Barry J. Nace**
Licensed in D.C, MD, PA & WV

85 Aikens Center (Edwin Miller Blvd.) • P.O. Box 1938 • Martinsburg, WV 25402
304.263.0900 • www.burkeandschultz.com • fax 304.267.0469

May 24, 2005

Kristi M. Hook, CLA
to Robert W. Trumble, Trustee
McNeer, Highland, McMunn and Varner, L.C.
P.O. Box 2509
Martinsburg, WV 25402-2509

     **Re:**   **Barbara Miller**
               **Bankruptcy Case No.: 04-3365**

Dear Ms. Hook:

     Please be advised that my co-counsel has notified the various potential defendants that our expert has determined that were at fault in causing Mr. Miller's death.

     We are awaiting responses to our assertions.

     By the way, this case can be expected to take several years to complete.

     Should you have any questions, please call.

               Sincerely,

               D. Michael Burke

DM/llg

0028

McI ER, HIGHLAND, McMUNN AND VARNER, L C

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

**FILE COPY**

CLARKSBURG ATTORNEYS
C. DAVID McMUNN
J. CECIL JARVIS
JAMES A. VARNER*
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
TIFFANY R. DURST
MICHAEL D. CRIM****
DEBRA T. HERRON*
JUDY L. SHANHOLTZ**
REBECCA L. DONWELLAN-POMEROY
SAM H. HARROLD, III
LINDA HAUSMAN
STACY MONDAY SOUTHERN
NATALIE A. GIVAN

OF COUNSEL
JAMES E. McNEER
(1924 - 2006)
CECIL B. HIGHLAND, JR.
(1918 - 2002)
WILLIAM L. FURY
CATHERINE D. MUNSTER

SENIOR LEGAL ASSISTANTS
MILLIE L. KENNEDY
DIANA L. BEDELL

*ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
** ALSO ADMITTED TO PRACTICE IN OHIO
*** CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
**** ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA
***** ALSO ADMITTED TO PRACTICE IN NEW MEXICO
AND IS A REGISTERED NURSE, WEST VIRGINIA

MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-McAULIFFE*****
ASHLEY R. SHREVE
MELINDA C. DUGAS

OTHER LOCATIONS

CLARKSBURG OFFICE
400 WEST MAIN STREET, FOURTH FLOOR
P. O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 623-1100
FACSIMILE (304) 623-3035

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196
STEVEN R. BRATKE**

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595
JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER

WRITER'S DIRECT TELEPHONE
(304) 264-4621 x15

WRITERS E-MAIL ADDRESS
RWTrumble@WVLawyers.com

July 27, 2007

D. Michael Burke, Esquire
Burke, Schultz, Harman & Jenkinson
85 Aikens Center
Post Office Box 1938
Martinsburg, West Virginia 25402

Re:     Barbara Miller, Debtor
        Bankruptcy Case No.: 04-03365

Dear Mr. Burke:

Please provide to me a written report concerning the status of the Debtor's medical malpractice claim which is an asset of this Bankruptcy Estate. The last report I received from you was on May 24, 2005, a copy of which is attached hereto. To facilitate my reporting requirements, I respectfully request that said report be provided to me on or before August 17, 2007.

Thank you for your prompt attention to this matter, I am

Very truly yours,

Robert W. Trumble, Trustee

/kmh
xc: William A. O'Brien, Esquire

**0029**


The International Society
of Primerus Law Firms

**MCNEER, HIGHLAND, MCMUNN AND VARNER, L.C.**

FILE COPY

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

ARKSBURG ATTORNEYS
DAVID MCMUNN
ES A. VARNER, SR.⁴
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
MICHAEL D. CRIM⁴
DEBRA TEDESCHI HERRON⁴
JUDY L. SHARNETZL⁴
SAM H. HARROLD, III
LINDA HAUSMAN
NATALIE A. GWAN
JEFFREY D. VAN VOLKENBURG

OF COUNSEL
WILLIAM L. FURY
CATHERINE D. MUNSTER

JAMES E. MCNEER
(1924-2006)
CECIL B. HIGHLAND, JR.
(1918-2002)
J. CECIL JARVIS
(1949-2007)

SENIOR LEGAL ASSISTANTS
MILLIE L. KENNEDY
DIANA L. BEDELL

WRITER'S DIRECT TELEPHONE
(304) 264-4621 x15



WRITER'S E-MAIL ADDRESS
RWTrumble@WVLawyers.com

MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-MCAULIFFE¹·⁵
MELINDA C. DUGAS

OTHER LOCATIONS

CLARKSBURG OFFICE
400 WEST MAIN STREET, FOURTH FLOOR
P. O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 626-1100
FACSIMILE (304) 623-3035

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE²
LORA B. SNODGRASS

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER⁴

ELKINS OFFICE
ONE RANDOLPH AVENUE
P. O. BOX 1909
ELKINS, WV 26241-1909
TELEPHONE (304) 636-3553
FACSIMILE (304) 636-3607

STEPHEN G. JORY
HARRY A. SMITH, III⁴
MICHAEL W. PARKER

October 10, 2008

1  REGISTERED NURSE IN WEST VIRGINIA
2  ALSO ADMITTED TO PRACTICE IN OHIO
3  ALSO ADMITTED TO PRACTICE IN NEW MEXICO
4  ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
5  CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
6  ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

D. Michael Burke, Esquire
Burke, Schultz, Harman & Jenkinson
85 Aikens Center
Post Office Box 1938
Martinsburg, West Virginia 25402

Barry J. Nace, Esquire
Paulson & Nace
1814 North Street, NW
Washington, DC 20036

Re:    Barbara Miller, Debtor
       Bankruptcy Case No.: 04-03365

Dear Mr. Burke and Mr. Nace:

As you are both aware, the undersigned is the Chapter 7 Bankruptcy Trustee appointed to administer the Chapter 7 Bankruptcy Estate of Barbara Miller, which matter is pending in the United States Bankruptcy Court for the Northern District of West Virginia. On March 4, 2005, the two of you were employed as Special Counsel representing the Bankruptcy Estate of Barbara Miller. A copy of the Court Order is attached hereto for your file.

Recently, I contacted your office's to obtain a status of the case to assist in my reporting, only to find that the case was resolved and that all of the proceeds were turned over to the Debtor, Barbara Miller. I was not contacted by either of you to obtain my authority as to the settlement of this matter, nor did I receive any documentation relating to the settlement, or any of the settlement proceeds. Accordingly, I respectfully request that you turnover to me copies of the settlement documents, including, but not limited to, the Settlement Statement, Releases,

The International Society
of Primary

October 8, 2008
D. Michael Burke, Esquire
Barry J. Nace, Esquire

Page - 2

Dismissal Order, Fees and Expense Statements and checks representing the disbursement of the settlement proceeds to all parties. If the settlement proceeds exceeded the Debtor's allowable exemption, I will have no other alternative but to seek recovery of the Estate's portion of the proceeds, from the Debtor and any other necessary parties.

I respectfully request that you provide me with the requested information and documentation within the next five (5) business days. A copy of this letter is being forwarded to the Debtor, Barbara Miller and her bankruptcy counsel, William A. O'Brien, Esquire.

Thank you in advance for your cooperation.

Very truly yours,

Robert W. Trumble, Trustee

/kmh
Enclosure(s)

xc:   Barbara Miller (w/encls.)
      William A. O'Brien, Esquire (w/encls.)

0031

# MCNEER, HIGHLAND, MCMUNN AND VARNER, L.C.

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623



CLARKSBURG ATTORNEYS
C. DAVID MCMUNN
JAMES A. VARNER, SR.
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
MICHAEL D. CRIM
DEBRA TEDESCHI HERRON
JUDY L. SHANHOLTZ
SAM H. HARROLD, III
LINDA HAUSMAN
NATALIE A. GIVAN
JEFFREY D. VAN VOLKENBURG

OF COUNSEL
WILLIAM L. FURY
CATHERINE D. MUNSTER

JAMES E. MCNEER
(1924 - 2006)
CECIL B. HIGHLAND, JR.
(1918 - 2002)
J. CECIL JARVIS
(1949 - 2007)

SENIOR LEGAL ASSISTANTS
MILLIE L. KENNEDY
DIANA L. BEDELL

1 REGISTERED NURSE IN WEST VIRGINIA
2 ALSO ADMITTED TO PRACTICE IN OHIO
3 ALSO ADMITTED TO PRACTICE IN NEW MEXICO
4 ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
5 CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
6 ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

WRITER'S DIRECT TELEPHONE
(304) 264-4621 x15

WRITER'S E-MAIL ADDRESS
RWTRUMBLE@WVLAWYERS.COM

MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-McAULIFFE
MELINDA C. DUGAS

OTHER LOCATIONS
CLARKSBURG OFFICE
400 WEST MAIN STREET, FOURTH FLOOR
"M&V" DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 626-1100
FACSIMILE (304) 623-3035

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1607
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE
LORA B. SNODGRASS

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER

ELKINS OFFICE
ONE RANDOLPH AVENUE
P. O. BOX 1909
ELKINS, WV 26241-1909
TELEPHONE (304) 636-3553
FACSIMILE (304) 636-3607

STEPHEN G. JORY
HARRY A. SMITH, III
MICHAEL W. PARKER

November 14, 2008

D. Michael Burke, Esquire
Burke, Schultz, Harman & Jenkinson
85 Aikens Center
Post Office Box 1938
Martinsburg, West Virginia 25402

Barry J. Nace, Esquire
Paulson & Nace
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520

Re:   Barbara Miller, Debtor
Bankruptcy Case No.: 04-03365

Dear Mr. Burke and Mr. Nace:

This is a **SECOND REQUEST** for documentation and/or information which I originally requested in my letter dated October 10, 2008. A copy of said letter is attached hereto. Please respond to this request on or before November 21, 2008.

Your cooperation in this regard is greatly appreciated.

Very truly yours,

Robert W. Trumble, Trustee

/kmh
Enclosure(s)

xc:   William A. O'Brien, Esquire (w/encls.)

0032

# McNEER, HIGHLAND, McMUNN AND VARNER, L.C.

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

CLARKSBURG ATTORNEYS
C. DAVID McMUNN
JAMES A. VARNER, SR.
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
MICHAEL D. CRIM
DEBRA TEDESCHI HERRON
JUDY L. SHANHOLTZ
SAM H. HARROLD, III
LINDA HAUSMAN
NATALIE A. GYAN
JEFFREY D. VAN VOLKENBURG

OF COUNSEL
WILLIAM L. FURY
CATHERINE D. MUNSTER

JAMES E. McNEER
(1924 - 2006)
CECIL B. HIGHLAND, JR.
(1918 - 2002)
J. CECIL JARVIS
(1948 - 2007)

SENIOR LEGAL ASSISTANTS
MILLIE L. KENNEDY
DIANA L. BEDELL

MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-McAULIFFE
MELINDA C. DUGAS

OTHER LOCATIONS

CLARKSBURG OFFICE
400 WEST MAIN STREET, FOURTH FLOOR
P. O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 626-1100
FACSIMILE (304) 623-3035

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P.O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE
LORA B. SNODGRASS

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER

ELKINS OFFICE
ONE RANDOLPH AVENUE
P. O. BOX 1909
ELKINS, WV 26241-1909
TELEPHONE (304) 636-3553
FACSIMILE (304) 636-3607

STEPHEN G. JORY
HARRY A. SMITH, III
MICHAEL W. PARKER

1  REGISTERED NURSE IN WEST VIRGINIA
2  ALSO ADMITTED TO PRACTICE IN OHIO
3  ALSO ADMITTED TO PRACTICE IN NEW MEXICO
4  ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
5  CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
6  ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

WRITER'S DIRECT TELEPHONE
(304) 264-4621 x15



WRITER'S E-MAIL ADDRESS
RWTRUMBLE@WVLAWYERS.COM

November 14, 2008

D. Michael Burke, Esquire
Burke, Schultz, Harman & Jenkinson
85 Aikens Center
Post Office Box 1938
Martinsburg, West Virginia 25402

Barry J. Nace, Esquire
Paulson & Nace
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520

Re:   Barbara Miller, Debtor
Bankruptcy Case No.: 04-03365

Dear Mr. Burke and Mr. Nace:

This is a **SECOND REQUEST** for documentation and/or information which I originally requested in my letter dated October 10, 2008. A copy of said letter is attached hereto. Please respond to this request on or before November 21, 2008.

Your cooperation in this regard is greatly appreciated.

Very truly yours,

Robert W. Trumble, Trustee

/kmh
Enclosure(s)

xc:   William A. O'Brien, Esquire (w/encls.)

0033

# PAULSON & NACE

### ATTORNEYS AT LAW

ard S. Paulson (1929-1986)
J. Nace (DC, MD, PA, WV)
CERTIFIED IN CIVIL TRIAL ADVOCACY
BY THE NATIONAL BOARD OF TRIAL ADVOCACY
CERTIFIED IN MEDICAL MALPRACTICE
BY THE AMERICAN BOARD OF PROFFESSIONAL
LIABILITY ATTORNEYS

1615 New Hampshire Avenue, NW
Washington, DC 20009-2520
Phone (202) 463-1999
Fax (202) 223-6824
www.paulsonandnace.com

Christopher T. Nace (DC, MD, GA)
Jonathan B. Nace (MD)

December 1, 2008

**Via U.S. Mail**
Robert W. Trumble, Trustee
McNeer, Highland, McMunn & Varner, LC
275 Aikens Center
P.O. Box 2509
Martinsburg, WV 25402-2509

    RE: **Miller, Barbara A.**

Dear Mr. Trumble:

    In response to your letter of November 14, 2008, entitled "SECOND REQUEST", this is to advise you that I did not get a "FIRST REQUEST". You attached a letter of October 10, 2008, which I did not receive, perhaps that is because you have the wrong address on your October 10, 2008 letter, which you attached to the November 14, 2008 letter, which you can see simply by looking at the November 14, 2008 letter. Your letter of November 14, 2008 arrived when I was in trial in front of Judge Silver in Martinsburg, which trial ended on Tuesday, November 25, 2008.

    Moreover, as I look at the October 10 letter, there was nothing attached. Please send the attachments.

    Further, looking at your October 10 letter you stated that you had contacted my office to obtain a status of the case. Someone called me several months ago on the telephone and I talked to them and it may have been you. I told that person, whether it was you or someone else, that there was not any settlement and that the case was tried to jury verdict and then went on appeal and reported by the Court of Appeals when they declined to accept the defendants' petition. I am not sure why you would expect us to contact you to obtain authority as to a settlement since there was no settlement.

    I will attempt to collect the information you want, but I would ask also that you send me whatever documentation supporting your statements made in your letter of October 10, 2008 and which gives you the authority to make the request that you made.

**0034**

Robert W. Trumble, Trustee
December 1, 2008
Page 2 of 2

Also, please advise as to the "debtors allowable exemption".  Thank you.

Very truly yours,

Barry J. Nace, Esq.

BJN/bcb

FILE COPY

# MCNEER, HIGHLAND, McMUNN AND VARNER, L.C.

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

**CLARKSBURG ATTORNEYS**
C. DAVID McMUNN
JAMES A. VARNER, SR.[4]
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
MICHAEL D. CRIM[4]
DEBRA TEDESCHI HERRON[4]
JUDY L. SHANHOLTZ[4]
SAM H. HARROLD, III
LINDA HAUSMAN
NATALIE A. GHAN
JEFFREY D. VAN VOLKENBURG
RICHARD R. MARSH
ALLISON S. McCLURE

**Of Counsel**
WILLIAM L. FURY
CATHERINE D. MUNSTER

JAMES E. McNEER
(1924 - 2006)
CECIL B. HIGHLAND, JR.
(1918 - 2002)
J. CECIL JARVIS
(1949 - 2007)

**SENIOR LEGAL ASSISTANTS**
MILLIE L. KENNEDY
DIANA L. BEDELL

1 REGISTERED NURSE IN WEST VIRGINIA
2 ALSO ADMITTED TO PRACTICE IN OHIO
3 ALSO ADMITTED TO PRACTICE IN NEW MEXICO
4 ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
5 CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
6 ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

WRITER'S DIRECT TELEPHONE
(304) 264-4621 x2015



WRITER'S E-MAIL ADDRESS
RWTRUMBLE@WVLAWYERS.COM

**MARTINSBURG ATTORNEYS**
ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-McAULIFFE[1,3]
MELINDA C. DUGAS
JONATHAN L. WERTMAN

**OTHER LOCATIONS**

**CLARKSBURG OFFICE**
400 WEST MAIN STREET
P. O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 626-1100
FACSIMILE (304) 623-3035

**PARKERSBURG OFFICE**
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE[4]
LORA B. SNODGRASS

**KINGWOOD OFFICE**
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER[4]

**ELKINS OFFICE**
ONE RANDOLPH AVENUE
P. O. BOX 1909
ELKINS, WV 26241-1909
TELEPHONE (304) 636-3353
FACSIMILE (304) 636-3607

STEPHEN G. JORY
HARRY A. SMITH, III[4]
MICHAEL W. PARKER

January 5, 2009

Barry J. Nace, Esquire
Paulson & Nace
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520

Re:    Barbara A. Miller, Debtor
       Bankruptcy Case No.: 04-03365

Dear Mr. Nace:

Thank you for your letter of December 1, 2008. I regret that you did not receive my letter of October 10, 2008. For your convenience, enclosed is a copy of the October 10, 2008 letter, together with the attachments.

By virtue of the Order Authorizing Trustee to Employ Special Counsel entered by the United States Bankruptcy Court for the Northern District of West Virginia on March 4, 2005, a copy of which is attached hereto, the Application I filed to employ you on behalf of the Estate to represent the Estate's interest in this civil action was approved by the Court. A copy of the Trustee's Application to Employ Special Counsel is attached for your review. Accordingly, you represented the Trustee to represent my interest with regard to this civil action. Whether it be settled, tried to a jury, or resolved on appeal is irrelevant. You were employed by me as Trustee to represent the Trustee's interest with regard to this matter. Accordingly, as the Trustee of the Bankruptcy Estate and your client, I should have been informed as to the ultimate disposition of this matter and should have received the proceeds from the recovery on the judgment which you obtained.

As to the Debtor's allowable exemption, her bankruptcy petition and schedules reflect an available exemption of $25,768.00, pursuant to West Virginia Code

The International Society
of Primerus Law Firms
PRIMERUS

January 5, 2009
Barry J. Nace, Esquire
Paulson & Nace

Page - 2

§ 38-10-4(a) and (e).  After the payment of your fees and expenses, the net proceeds recovered on the judgment should have been paid to me as Trustee for the Bankruptcy Estate.  I would have then, in turn, distributed to Ms. Miller her exemptible interest in the proceeds and used the balance of the funds to pay the creditors of her Bankruptcy Estate.

Your actions have violated your duty to me as your client.  I strongly recommend that you place your malpractice carrier on notice regarding your breach.  Furthermore, I will be contacting the appropriate State Bars in which you are admitted to report your disregard for the Rules of Professional Conduct as it relates to the representation of me as the Trustee with regard to this matter.

Sincerely,

Robert W. Trumble
ByKMH

Robert W. Trumble, Esquire

/kmh
xc:    Michael D. Burke, Esquire (w/encls.)

0037

McNEER, HIGHLAND, McMUNN AND VANDER, L.C.

275 AIKENS CENTER
P. O. BOX 2509
MARTINSBURG, WV 25402-2509
TELEPHONE (304) 264-4621
FACSIMILE (304) 264-8623

CLARKSBURG ATTORNEYS
C. DAVID McMUNN
JAMES A. VARNER, SR.[1]
JAMES N. RILEY
DENNIS M. SHREVE
GERALDINE S. ROBERTS
MICHAEL D. CRIM[2]
DEBRA TEDESCHI HERRON[3]
JUDY L. SHANHOLTZ
SAM H. HARROLD, III
LINDA HAUSMAN
NATALIE A. GWIN
JEFFREY D. VAN VOLKENBURG

OF COUNSEL
WILLIAM L. FURY
CATHERINE D. MUNSTER

JAMES E. McNEER
(1924 - 2006)
CECIL B. HIGHLAND, JR.
(1916 - 2002)
J. CECIL JARVIS
(1949 - 2007)

SENIOR LEGAL ASSISTANTS
MILLIE L. KENNEDY
DIANA L. BEDELL

WRITER'S DIRECT TELEPHONE
(304) 264-4621 x15

WRITER'S E-MAIL ADDRESS
RWTRUMBLE@WVLAWYERS.COM



MARTINSBURG ATTORNEYS
ROBERT W. TRUMBLE
SUZANNE M. WILLIAMS-McAULIFFE[1,3]
MELINDA C. DUGAS

OTHER LOCATIONS

CLARKSBURG OFFICE
400 WEST MAIN STREET, FOURTH FLOOR
P. O. DRAWER 2040
CLARKSBURG, WV 26302-2040
TELEPHONE (304) 626-1100
FACSIMILE (304) 623-3035

PARKERSBURG OFFICE
404 MARKET STREET, SUITE 204
P. O. BOX 1507
PARKERSBURG, WV 26102
TELEPHONE (304) 422-7193
FACSIMILE (304) 422-7196

STEVEN R. BRATKE[2]
LORA B. SNODGRASS

KINGWOOD OFFICE
107 WEST COURT STREET
P.O. BOX 585
KINGWOOD, WV 26537
TELEPHONE (304) 329-0773
FACSIMILE (304) 329-0595

JAMES T. DAILEY, JR.
MARK E. GAYDOS
WOODROW E. TURNER[4]

ELKINS OFFICE
ONE RANDOLPH AVENUE
P. O. BOX 1909
ELKINS, WV 26241-1909
TELEPHONE (304) 636-3553
FACSIMILE (304) 636-3607

STEPHEN G. JORY
HARRY A. SMITH, III[5]
MICHAEL W. PARKER

October 10, 2008

1 REGISTERED NURSE IN WEST VIRGINIA
2 ALSO ADMITTED TO PRACTICE IN OHIO
3 ALSO ADMITTED TO PRACTICE IN NEW MEXICO
4 ALSO ADMITTED TO PRACTICE IN PENNSYLVANIA
5 CERTIFIED PUBLIC ACCOUNTANT IN WEST VIRGINIA
6 ALSO ADMITTED TO PRACTICE IN NORTH CAROLINA

D. Michael Burke, Esquire
Burke, Schultz, Harman & Jenkinson
85 Aikens Center
Post Office Box 1938
Martinsburg, West Virginia 25402

Barry J. Nace, Esquire
Paulson & Nace
1814 North Street, NW
Washington, DC 20036

Re:   Barbara Miller, Debtor
      Bankruptcy Case No.: 04-03365

Dear Mr. Burke and Mr. Nace:

As you are both aware, the undersigned is the Chapter 7 Bankruptcy Trustee appointed to administer the Chapter 7 Bankruptcy Estate of Barbara Miller, which matter is pending in the United States Bankruptcy Court for the Northern District of West Virginia. On March 4, 2005, the two of you were employed as Special Counsel representing the Bankruptcy Estate of Barbara Miller. A copy of the Court Order is attached hereto for your file.

Recently, I contacted your office's to obtain a status of the case to assist in my reporting, only to find that the case was resolved and that all of the proceeds were turned over to the Debtor, Barbara Miller. I was not contacted by either of you to obtain my authority as to the settlement of this matter, nor did I receive any documentation relating to the settlement, or any of the settlement proceeds. Accordingly, I respectfully request that you turnover to me copies of the settlement documents, including, but not limited to, the Settlement Statement, Releases,

**0038**

October 8, 2008
D. Michael Burke, Esquire
Barry J. Nace, Esquire

Page - 2

Dismissal Order, Fees and Expense Statements and checks representing the disbursement of the settlement proceeds to all parties. If the settlement proceeds exceeded the Debtor's allowable exemption, I will have no other alternative but to seek recovery of the Estate's portion of the proceeds, from the Debtor and any other necessary parties.

     I respectfully request that you provide me with the requested information and documentation within the next five (5) business days. A copy of this letter is being forwarded to the Debtor, Barbara Miller and her bankruptcy counsel, William A. O'Brien, Esquire.

     Thank you in advance for your cooperation.

Very truly yours,

Robert W. Trumble, Trustee

/kmh
Enclosure(s)

xc:   Barbara Miller (w/encls.)
       William A. O'Brien, Esquire (w/encls.)

0039

L. Edward Friend, II
United States Bankruptcy Judge
Dated: Friday, March 04, 2005 11:02:39 AM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

Miller, Barbara Ann

CASE NO. 04-03365

      DEBTOR.

_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

Upon the annexed application of Robert W. Trumble, Trustee of the estate of the above-named Debtor, Barbara Ann Miller, for authority to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace to serve as special counsel for the Trustee on a contingency basis in connection with the pursuit of the Debtor's personal injury claim, and it appearing that no notice need be given, no adverse interest having been represented and, the Court being satisfied that said law firm represents no interest adverse to the Trustee of the Estate of the Debtor in the matters affecting the administration of this Estate, that such employment is necessary and would be in the best interest of the Estate herein, and that the case is one justifying special counsel, it is

ORDERED, that said Trustee be, and hereby is, authorized and empowered to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace as special counsel to represent the Trustee on a contingency basis.

## [END OF DOCUMENT]

**File a Motion:**
3:04-bk-03365 Barbara Ann Miller

**U.S. Bankruptcy Court**

**Northern District of West Virginia**

Notice of Electronic Filing

The following transaction was received from Trumble, Robert W. entered on 3/3/2005 at 2:10 PM EST and filed on 3/3/2005
**Case Name:**        Barbara Ann Miller
**Case Number:**      3:04-bk-03365
**Document Number:**10

**Docket Text:**
Application to Employ D. Michael Burk, Esquire and Barry J. Nace, Esquire as Special Counsel with Certificate of Service. Filed by Robert W. Trumble on behalf of Robert W. Trumble. (Attachments: # (1) Proposed Order Authorizing Trustee to Employ Special Counsel) (Trumble, Robert)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\BMSW\QUIKDOCS\04-03365\app to employ special counsel.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988911880 [Date=3/3/2005] [FileNumber=631582-0] [
3dadbe40376f327ef705d90cc8f15fb8e96ce60a27d926b1166d47d7e241882503e3dd
fc9e30bb58e863d8d2adfbc758535f9b6491c8570cd192321e0c06c216]]
**Document description:**Proposed Order Authorizing Trustee to Employ Special Counsel
**Original filename:**F:\BMSW\QUIKDOCS\04-03365\Order to employ special counsel.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988911880 [Date=3/3/2005] [FileNumber=631582-1] [
473c8c244ccf53ccb9b74458259ee7fe762b1c65a4e05cef82de45a1b8d634ce0e4bae
d737f2af71e64f2a8e77d90890c53bb544ea23c0e0959f0b7276c32ecd]]

**3:04-bk-03365 Notice will be electronically mailed to:**

William A. O'Brien     wob3@earthlink.net, wob4@earthlink.net

Robert W. Trumble     trumbletr@aol.com, kristiassist@aol.com;WV06@ecfcbis.com

United States Trustee     ustpregion04.ct.ecf@usdoj.gov

**3:04-bk-03365 Notice will not be electronically mailed to:**

0041

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

BANKRUPTCY CASE NO. 04-03365

Miller, Barbara Ann

DEBTOR.

_____/

## TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW the Trustee, Robert W. Trumble, and makes application to this Court to

employ D. Michael Burke, Esquire of the law firm of Burke, Schultz, Harman and Jenkinson, and

Barry J. Nace, Esquire of the law firm of Paulson & Nace, and in support thereof respectfully

represents:

      1.        That on or about the 27th day of September, 2004, the Debtor filed for relief under

Chapter 7 of the United States Bankruptcy Code and the undersigned was subsequently appointed

Interim Trustee.

      2.        The undersigned Trustee deems it necessary and in the best interest of this estate

to employ D. Michael Burke, Esquire, and Barry J. Nace, Esquire as Trustee's legal counsel to

pursue the Debtor's personal injury claim as a result of a vehicular accident, under a contingency

fee arrangement with the same terms and conditions as originally entered into by the party herein

and as more fully set forth in the contingency fee contract attached hereto as Exhibit "A" and

incorporated herein by reference.

      3.        D. Michael Burke, Esquire, is an attorney with the law firm of Burke, Schultz,

Harman & Jenkinson, located at 85 Aikens Center, Martinsburg, WV 25401; Barry J. Nace,

Esquire is an attorney with the law firm of Paulson & Nace, located at 1814 N. Street NW,

, Washington, DC 20036,  d are most knowledgeable of the Debt   s claim and are well qualified to act as special counsel herein.

4.    D. Michael Burke, Esquire, and Barry J. Nace, Esquire represent no interest adverse to the Estate of the Debtor herein.

5.    To the best of Applicant's knowledge, D. Michael Burke, Esquire, and Barry J. Nace, Esquire have had no connection with any creditors, or any other parties in interest or their respective attorneys adverse to this estate.

6.    This application is not made at the recommendation of any party and is made solely at the instance of Applicant.

7.    No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, Applicant respectfully prays that D. Michael Burke, Esquire, and Barry J. Nace, Esquire, be approved as special counsel for the Trustee herein, under a contingency fee agreement.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by U.S. Mail, postage prepaid, to William A. O'Brien, Esquire, 201 East John Street, Martinsburg, WV 25402; to D. Michael Burke, Esquire, Burke, Schultz, Harman & Jenkinson, 85 Aikens Center, Martinsburg, WV 25401; to Barry J. Nace, Esquire, Paulson & Nace, 1814 N. Street NW, Washington, DC 20036 and electronically mailed to the Office of the U.S. Trustee at ustpregion04.ct.ecf at usdoj.gov this 2nd day of March, 2005.

/s/ Robert W. Trumble
Robert W. Trumble, Trustee
275 Aikens Center
Post Office Box 2509
Martinsburg, WV 25402-2509
Telephone: (304) 264-4621

0043

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

CASE NO. 04-03365

Miller, Barbara Ann

    DEBTOR.

_____/

## AFFIDAVIT

STATE OF _District of_
COUNTY OF _Columbia_

I, Barry J. Nace, Esquire, declare:

1.    That I am an attorney with the law firm of Paulson & Nace located at 1814 N. Street NW, Washington, DC 20036.

2.    That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the Bankruptcy Estate.

3.    That I am willing to accept employment by the Trustee on the basis set forth in the Application to Employ filed simultaneously herewith.

4.    That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which it is to be employed and the practitioners thereof are disinterested persons within the meaning of 11 U.S.C. §101(14).

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

_____
Barry J. Nace, Esquire

SWORN TO AND SUBSCRIBED
before me this _24th_
day of _February_, 2005.

_____
Notary Public
My Commission Expires:

RHONDA OLEAN GUEORY
Notary Public, District of Columbia
My Commission Expires May 31, 2006

0044

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

CASE NO. 04-03365

Miller, Barbara Ann

DEBTOR.
_____/

## AFFIDAVIT

STATE OF WEST VIRGINIA:
COUNTY OF _Berkeley_ :

I, D. Michael Burke, Esquire, declare:

1.     That I am an attorney with the law firm of Burke, Schultz, Harman & Jenkinson located at 85 Aikens Center, Martinsburg, WV 25402.

2.     That I am experienced in rendering legal services of the same nature for which I am being employed on behalf of the Bankruptcy Estate.

3.     That I am willing to accept employment by the Trustee on the basis set forth in the Application to Employ filed simultaneously herewith.

4.     That I do not have any interest adverse to the Trustee or the Estate herein in regard to the matters for which it is to be employed and the practitioners thereof are disinterested persons within the meaning of 11 U.S.C. §101(14).

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

D. Michael Burke, Esquire

SWORN TO AND SUBSCRIBED
before me this _1_
day of _February_ , 2005.

Notary Public
My Commission Expires: 2/10/10

Official Seal
Notary Public, State of West Virginia
Donna F. Weatherholtz
72 Buglers Way, Apt. #8
Falling Waters, WV 25419
My commission expires 2-10-10

**0045**

## CONTRACT OF EMPLOYMENT AND AUTHORITY TO REPRESENT

I, *Barbara Miller, adm'x of the Estate of Paul D. Miller*, do hereby retain and employ D. Michael Burke as my attorney to represent me in my claim against *Dr. Carrier* or whoever is liable for my injuries or damages resulting from an accident or incident which occurred on or about *3-19-03*, at *CHI in Martinsburg*.

As compensation for his services, I hereby agree to pay D. Michael Burke from the proceeds of recovery the following fee:

\_\_\_\_\_ Thirty-three and one-third percent (33-1/3%) if the case is resolved at any time prior to trial, and forty percent (40%) of all sums collected if the case results in trial. (Negligence cases)

\_✓\_ Forty percent (40%) of all sums collected (Medical Malpractice cases and Product Liability cases).

It is understood and agreed that this employment is upon a contingent basis and if no recovery is made I will not be indebted to any attorney for any sum whatsoever for the attorney's fee as long as this contract is in effect. I also understand that I am responsible for out-of-pocket expenses incurred by my attorney in the prosecution of my claim and I authorize my attorney to deduct from the proceeds of my recovery the out-of-pocket expenses he has incurred.

My attorney is authorized to deduct from the proceeds of any recovery the amount of any unpaid medical or hospital expenses incurred as a result of the claim in question and remit the same directly to the hospital and/or doctors involved.

Dated at Martinsburg, West Virginia, on this the *5th* day of *Feb* 200*4*.

*Barbara A. Miller*
NAME

The above employment is hereby accepted on the terms stated herein.

D. Michael Burke

0046

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

                                                              CASE NO. 04-03365

Miller, Barbara Ann

     DEBTOR.

_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

Upon the annexed application of Robert W. Trumble, Trustee of the estate of the above-named Debtor, Barbara Ann Miller, for authority to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace to serve as special counsel for the Trustee on a contingency basis in connection with the pursuit of the Debtor's personal injury claim, and it appearing that no notice need be given, no adverse interest having been represented and, the Court being satisfied that said law firm represents no interest adverse to the Trustee of the Estate of the Debtor in the matters affecting the administration of this Estate, that such employment is necessary and would be in the best interest of the Estate herein, and that the case is one justifying special counsel, it is

ORDERED, that said Trustee be, and hereby is, authorized and empowered to employ D. Michael Burke, Esquire, of the law firm of Burke, Schultz, Harman & Jenkinson and Barry J. Nace, Esquire, of the law firm of Paulson & Nace as special counsel to represent the Trustee on a contingency basis.

## [END OF DOCUMENT]

# PAULSON & NACE
### ATTORNEYS AT LAW

Barbard S. Paulson (1929-1986)
J. Nace (DC, MD, PA, WV)
CERTIFIED IN CIVIL TRIAL ADVOCACY
BY THE NATIONAL BOARD OF TRIAL ADVOCACY
CERTIFIED IN MEDICAL MALPRACTICE
BY THE AMERICAN BOARD OF PROFESSIONAL
LIABILITY ATTORNEYS

1615 New Hampshire Avenue, NW
Washington, DC 20009-2520
Phone (202) 463-1999
Fax (202) 223-6824
www.paulsonandnace.com

Christopher T. Nace (DC, MD, GA)
Jonathan B. Nace (DC, MD)
Matthew A. Nace (MD)

February 4, 2009

**Via U.S. Mail**
Robert W. Trumble, Trustee
McNeer, Highland, McMunn & Varner, LC
275 Aikens Center
P.O. Box 2509
Martinsburg, WV 25402-2509

     **RE: Miller, Barbara A.**
     **Bankruptcy Case No.: 04-03365**

Dear Mr. Trumble:

This is in response to your letter of January 5, 2009. I was out of the country for most of the month of January and I am just now catching up on some mail. Your letter stated that I violated my duty to you as you are my client. You suggested that I put my malpractice carrier on notice regarding your determination that I breached a duty to you. You told me that you would be contacting the appropriate State Bars because of my "disregard for the Rules of Professional Conduct" as it relates to representation of you.

Let me point out that your October 10, 2008 letter had only not been sent to me previously, but apparently it was not sent to Mr. Burke either, so I must question any assertion you make about communication. So I have been criticized by you for not responding to a letter that apparently you did not send out to anyone.

Quite frankly I view your comments, as harsh and incorrect as they are, as an attempt to cover your own failures or perhaps somehow bully someone into succumbing to your wishes via threats. I doubt that such conduct fulfills the Rules of Professional Conduct.

I have now spent my time trying to understand what is going on, or at least, what you believe is going on. My best efforts follow.

Apparently at some point in time you contacted D. Michael Burke, Esq., who at the time was representing Ms. Barbara A. Miller and the estate of her husband. (Mr. Burke eventually was not able to represent Ms. Miller or the estate because of a conflict.) At some point in time someone apparently contacted this office and spoke to an associate and while never talking to me sent an affidavit to that associate in my office who was working on the case sometime around February of 2005. Apparently there were/are bankruptcy proceedings involving Ms. Miller. While I have asked for documentation of your assertions, you have never sent me anything

**0048**

concerning the apparent bankruptcy of Ms. Barbara Miller. We did send an affidavit to you. But, I still have no idea even what the amount of the debt is.

To the best of my knowledge, I then heard nothing further concerning this matter from you or anyone else in your office since 2005 with one exception as set out below until this sudden flurry of activity. You have now for the first time sent me what's entitled a "Trustees application to employ special counsel". I had never seen it before.

In paragraph 2 of that application, you indicated that Mr. Burke and I were to represent the bankruptcy estate in pursuing Ms. Miller's personal injury claim as a result of a "vehicular accident." Understand very clearly that at no time have I represented Ms. Miller or her husband's estate in a vehicular accident case. And, you have not presented any Retainer Agreement from me.

You also attached an "Order Authorizing Trustee to Employ Special Counsel," at the top of which there is apparently a stamped and signed entering of the Order. This I never saw during the pendency of my representation of Ms. Miller as administratrix of the estate of her husband. In fact, the notice of electronic filing that you have now also attached, does not show either myself nor Mr. Burke as having received such notice. Simply put, I had no notice that the Order was signed for any bankruptcy proceeding or to represent you, as you put it. As a result, I had no notice that you decided to file the application to employ special counsel nor that such an order had been entered in March of 2005.

It also appears that you did nothing during the entire time that I was representing Ms. Miller as administratrix of her husband's estate while the case was ongoing in Martinsburg, after the jury verdict was published in the newspaper, or even after the appeal by the defense was rejected. Never did I hear from you, with one exception.

Then suddenly sometime after the distribution of funds, someone, presumably you, called me – I told you (or whomever called) I did not know what you were talking about but I asked you (or someone) to send me a letter and documentation. Distribution had already taken place. I heard nothing more until your letter at the end of last year, to which I responded.

Thus, I did not represent Ms. Miller in a vehicular accident, I did not receive notice from you that you had filed the "application," I did not receive notice from you or the Court that the order had been granted, and I heard nothing from you since sometime apparently in February of 2005 until long after the proceeds had been distributed pursuant to the jury's verdict in a medical malpractice claim.

In short, you failed to give us any notice, I had no knowledge that in fact I was representing you, I did not represent Ms. Miller in any vehicular accident, I did not violate any

**PAULSON & NACE**

Robert W. Trumble, Trustee
February 4, 2009
Page 3 of 3

Rules of Professional Conduct and now you are telling me that you are my client.  That does not make it so.

So Mr. Trumble, I suggest that if you wanted me to represent you, that you should have so specified since I only represented Ms. Miller in a medical malpractice case and you should have been attentive enough to submit such information to me once the order was signed and you should not have sat at your desk and done nothing for most of three years.  Did you ever check the file in the case?  Ever correspond with me?  Get any reports from my office?  And yet you threaten me.  Frankly, I do not respond well to threats.

Further, I would like to see your billing file representing what you have done in your position as "Trustee" for which I suspect you have billed our Government.  Perhaps you should put your carrier on notice and perhaps you should notify the Government about what you haven't done as you collected a fee.

I would also point out that to this day, I have no idea what you are talking about as far as how much is involved etc.

So before you threaten me and carry out such threats, I would suggest that you get your own house in order.  It does little good to tell me (after not hearing from you for three years) that you believe I am unprofessional, that I violated a duty to you, or that I am unethical.  I doubt you would like to hear that about yourself.  Better that you stop delivering ultimatums and start supporting your position.

Very truly yours,

Barry J. Nace, Esq.

BJN/bcb

cc.    D. Michael Burke, Esq.

0050